1135 MAYNARD vs. BOARD OF CANVASSERS (First Rep. Dist. of Kent County) and HARVEY (Clerk), No. 11629; 84 M., 228; 11 L. R. A., 332.

To compel respondents to declare and certify relator's election as representative to the State Legislature.

Denied December 24, 1890.

The case involved the validity of Act No. 254, Laws of 1889,

which provides for cumulative voting in districts entitled to more than one representative.